BRYAN SCHRODER
United States Attorney

SARA T. GRAY
Assistant U.S. Attorney
222 West Seventh Avenue, #253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: sara.gray@usdoj.gov

Attorney for the Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CLARA SEQUAK AND MARK SEQUAK, <br><br> Plaintiffs, <br><br> vs. <br><br> ERIC L. NOBLE M.D.; JOHN THOMAS BOYD, M.D.; AMIE C. WU, M.D.; and REGAN A. RAMSEY, M.D. <br><br> Defendants. | Case No. 3:18-cv- <br><br> **UNITED STATES' NOTICE OF REMOVAL FROM STATE COURT** |

The United States, through counsel, notifies this Court of the removal of this action from state court. The notice is based on the following:

1. Plaintiffs Clara Sequak and Mark Sequak filed a Complaint in the Superior Court for the State of Alaska, Third Judicial District at Anchorage, alleging tort claims against Eric L. Noble, M.D., John Thomas Boyd, M.D., Amie C. Wu, M.D., and Regan A. Ramsey, M.D., (All Defendants) in Case No. 3AN-17-10291 CI ("the

State Action"). A copy of the Complaint is attached with this Notice of Removal.

2. The U.S. Attorney for the District of Alaska, Bryan Schroder, has certified that with respect to the allegations of the Complaint, all defendants are deemed to be employees of the federal government for purposes of the Federal Tort Claims Act, 28 U.S.C. §§ 2671-80. Further, U.S. Attorney Schroder found that, with respect to the allegations in Plaintiff's Complaint, all Defendants listed above were acting within the scope of their federal employment for purposes of certification and removal under the FTCA, 28 U.S.C. § 2679(d)(2) and 42 U.S.C. § 233(c). Thus, Plaintiffs' Complaint against all defendants is deemed to be an action against the United States under the FTCA. 28 U.S.C. § 2679(d)(1). The U.S. Attorney's Certification is filed concurrently with this Notice of Removal.

3. The remedy provided by the FTCA for tort claims against the United States is the exclusive remedy, and this Notice of Removal is brought pursuant to 28 U.S.C. §§ 2679(b)(1), 2679(d)(2), and 42 U.S.C. § 233(c).

4. A Notice of Filing Removal of a Civil Action, together with a copy of this Notice of Removal, is being filed in the Superior Court for the State of Alaska, where the State Action is pending.

*Sequak v. Noble et. al. (United States)*
*Case No. 3:18-cv-* 2

Case 3:18-cv-00072-TMB   Document 1   Filed 03/13/18   Page 2 of 3

DATED this 8th day of March 2018, at Anchorage, Alaska.

BRYAN SCHRODER
United States Attorney


s/ Sara T. Gray
SARA T. GRAY
Assistant U. S. Attorney
Attorney for the United States


**CERTIFICATE OF SERVICE**
I hereby certify that on March 8, 2018,
a copy of the foregoing **UNITED STATES'**
**NOTICE OF REMOVAL FROM STATE COURT**
was served via U.S. Mail on:

Meg Simonian
Law Offices of Dillon & Findley
1049 W. 5th Ave., Suite 200
Anchorage, AK 99501

s/ Sara T. Gray
Office of the United States Attorney